T. Jason Wood, Esq.
WOOD LAW GROUP, PC
1488 Midway Avenue
Idaho Falls, ID  83406
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net
Idaho State Bar No. 5016
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARTHUR BAKER,<br><br>    Plaintiffs,<br><br>v.<br><br>CLEARWATER COUNTY, CITY OF OROFINO, AMANDA BARLOW, MATT RUSSELL, and CHRIS GOETZ,<br><br>    Defendants. | Case No. 2:20-cv-376-CWD<br><br>**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AMANDA BARLOW** |

Pursuant to Rule 56, Fed. R. Civ. P., Plaintiff Arthur Baker, by and through counsel of record, moves for entry of partial summary judgment against defendant **Amanda Barlow** on the following issues:

> A.  She violated Plaintiff's Fourth Amendment right to be free from unreasonable seizures when she arrested him and caused him to be incarcerated and criminally charged without probable cause;  and

  B.  She is not entitled to qualified immunity from liability for her violation of Plaintiff's Fourth Amendment rights.

This motion is brought for the reason that there is no genuine issue as to any material fact on the foregoing issues Plaintiff is entitled to a judgment as a matter of law thereon.

This motion is based upon and supported by:

  1.  Plaintiff's Response to Defendants Barlow and Russell's Motion for Summary Judgment (Dkt. 30);

  2.  Plaintiff's Statement of Material Facts (Dkt. 31);

  3.  The Declaration of Jason Wood in Opposition to Defendants' Motions for Summary Judgment (Dkt. 29-1);

  4.  The Declaration of Arthur Baker (Dkt. 29-9);

  5.  The Declaration of Edward A. Leach (Dkt. 29-14); and

  6.  All other pleadings, documents, exhibits and materials presently in the court file.

Oral argument is hereby requested, and Plaintiff hereby moves for an expedited briefing schedule and hearing date so that this motion may be heard at the same time as the hearing on the defendants' motions for summary judgment.

RESPECTFULLY REQUESTED this 5th day of November, 2021.

            WOOD LAW GROUP, PC

          By: /s/_____
            T. Jason Wood, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        Bentley G. Stromberg      bstromberg@clbrmc.com
        Attorney for defendants

WOOD LAW GROUP, PC

By:   /s/ _____
       T. Jason Wood, Esq.